IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HOLLAND,

      Plaintiff,                  No. CIV S-07-0614 RRB KJM P

   vs.

JAMES TILTON, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of June 6, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 12, 2007 motion for an extension of time is granted; and

      2. Plaintiff shall file his amended complaint on or before August 6, 2007.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/ke
holl0614.36